IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| RE:   Suzanne Chapman | ) | Chapter 13 |
| | ) | Case No. 19-33092 |
| Debtor, | ) | Judge A. Benjamin Goldgar |

### AGREED ORDER RESOLVING DEBTOR'S OBJECTION TO CLAIM

THIS CAUSE coming to be heard on the Objections to Claim #3-1 and 3-2, filed by SN Servicing, servicing agent for U.S. Bank Trust National Association, as Trustee of the Igloo Series IV Trust, this Court being fully advised in the premises:

IT IS HEREBY ORDERED:

1. The amount necessary to cure the pre-petition default due to SN Servicing for the mortgage lien on the property located at 540 Shorely Dr., Apt. 103, Barrington, IL 60010 is $5,188.07;

2. As of October 29, 2020, the Debtor is current on post-petition mortgage payments,

3. If the instant case dismisses or converts for any reason, this agreement is void and without effect,

4. Each party shall bear its own costs of the Objections to Claim filed by the Debtor.


*/s/Kinnera Bhoopal*                                                      */s/Michael Fabinski*
Counsel for Creditor                                                       Counsel for Debtor


Dated: 10/30/2020                                       Entered

Bankruptcy Judge A. Benjamin Goldgar