| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Suzanne Chapman |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the : Northern　　District of　Illinois (State) | |
| Case number | 19-33092 |

Official Form 410S1

# Notice of Mortgage Payment Change　　　　12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

| | | | |
|---|---|---|---|
| **Name of creditor:** | U.S. Bank Trust National Association, as Trustee of the Igloo Series IV Trust | **Court claim no.** (if known): | 3-2 |
| **Last four digits** of any number you use to identify the debtor's account: | XX5498 | **Date of payment change:** Must be at least 21 days after date of this notice | 9/1/2020 |
| | | **New total payment:** Principal, interest, and escrow, if any | $1,153.38 |

### Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:　$ 171.93　　　　New escrow payment :　$ 209.42

### Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

   ☒ No
   ☐ Yes  Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate:　　%　　　　New interest rate:　　%
   Current principal and interest payment:　$ _____　　New principal and interest payment:　$ _____

### Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as repayment plan or loan modification agreement.
   *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment:　$ _____　　New mortgage payment:　$ _____

Debtor 1  **Suzanne Chapman** _____ Case number *(if known)* 19-33092
First Name   Middle Name   Last Name

| **Part 4:** | **Sign Here** |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent

**I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

X  /s/Toni Townsend                                  Date   8/7/2020
   Signature

Print:   Toni _____ Townsend _____   Title   Authorized Agent for Creditor
         First Name   Middle Name   Last Name

Company   McCalla Raymer Leibert Pierce, LLC

Address   1544 Old Alabama Road
          Number    Street
          Roswell              GA              30076
          City                 State           ZIP Code

Contact phone   (312) 346-9088 X5174           Email   Toni.Townsend@mccalla.com

|  |  |
|---|---|
| In Re:<br>    Suzanne Chapman | Bankruptcy Case No.: 19-33092<br>Chapter: 13<br>Judge: A. Benjamin Goldgar |

### CERTIFICATE OF SERVICE

I, Toni Townsend, of McCalla Raymer Leibert Pierce, LLC, 1544 Old Alabama Road, Roswell, GA 30076, certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;

That on the date below, I caused to be served a copy of the within NOTICE OF MORTGAGE PAYMENT CHANGE filed in this bankruptcy matter on the following parties at the addresses shown, by regular United States Mail, with proper postage affixed, unless another manner of service is expressly indicated:

Suzanne Chapman
540 Shorely Dr., Apartment 103
Barrington, IL 60010

Michael Fabinski                    *(served via ECF Notification)*
MSF Law
18W140 Butterfield Road, Suite 1500
Oakbrook Terrace, IL 60181

Glenn B Stearns, Trustee            *(served via ECF Notification)*
801 Warrenville Road
Suite 650
Lisle, IL 60532

Patrick S Layng                     *(served via ECF Notification)*
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604

I CERTIFY UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on:   8/11/2020     By:   /s/Toni Townsend
                  (date)           Toni Townsend
                                   Authorized Agent for Creditor

SN Servicing Corporation                                      Final
323 FIFTH STREET
EUREKA, CA  95501
For Inquiries:  (800) 603-0836
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date:   July 28, 2020

SUZANNE CHAPMAN                                                                Loan:
540 SHORELY DR APT 103                          Property Address:
BARRINGTON IL  60010                            540 SHORELY DRIVE APT 103
                                                BARRINGTON, IL  60010

**Annual Escrow Account Disclosure Statement**
**Account History**

This is a statement of actual activity in your escrow account from June 2020 to Aug 2020.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Sep 01, 2020: | | Escrow Balance Calculation | |
|---|---|---|---|---|---|
| Principal & Interest Pmt: | 943.96 | 943.96 ** | | Due Date: | Feb 01, 2020 |
| Escrow Payment: | 168.68 | 209.42 | | Escrow Balance: | 473.09 |
| Other Funds Payment: | 0.00 | 0.00 | | Anticipated Pmts to Escrow: | 1,180.76 |
| Assistance Payment (-): | 0.00 | 0.00 | | Anticipated Pmts from Escrow (-): | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 | | Anticipated Escrow Balance: | $1,653.85 |
| Total Payment: | $1,112.64 | $1,153.38 | | | |

** The terms of your loan may result in changes to the monthly principal and interest payments during the year.

| | Payments to Escrow | | Payments From Escrow | | | Escrow Balance | |
|---|---|---|---|---|---|---|---|
| Date | Anticipated | Actual | Anticipated | Actual | Description | Required | Actual |
| | | | | | Starting Balance | 0.00 | 119.08 |
| Jun 2020 | | 168.68 | | * | | 0.00 | 287.76 |
| Jun 2020 | | | | 152.03 * | Escrow Disbursement | 0.00 | 135.73 |
| Jul 2020 | | 337.36 | | * | | 0.00 | 473.09 |
| | | | | | Anticipated Transactions | 0.00 | 473.09 |
| Jul 2020 | | 1,012.08 | | | | | 1,485.17 |
| Aug 2020 | | 168.68 | | | | | 1,653.85 |
| | $0.00 | $1,686.80 | $0.00 | $152.03 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

Last year, we  anticipated that payments from your account would be made during this period equaling $0.00.  Under Federal law, your lowest monthly balance should not have exceeded $0.00 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.  Your actual lowest monthly balance was greater than $0.00.  The items with an asterisk on your Account History may explain this.  If you want a further explanation, please call our toll-free number.
**(The amount of surplus only exists if the loan is current, the analysis gives a projected overage as if all past due payments are made the month the analysis is processed).**

SN Servicing Corporation Final
For Inquiries:  (800) 603-0836
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date:   July 28, 2020

SUZANNE CHAPMAN                                                                                      Loan:

## Annual Escrow Account Disclosure Statement
## Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments To Escrow | Anticipated Payments From Escrow | Description | Escrow Balance Anticipated | Escrow Balance Required |
|---|---|---|---|---|---|
| | | | Starting Balance | 1,653.85 | 1,256.50 |
| Sep 2020 | 209.42 | 1,256.50 | County Tax | 606.77 | 209.42 |
| Oct 2020 | 209.42 | | | 816.19 | 418.84 |
| Nov 2020 | 209.42 | | | 1,025.61 | 628.26 |
| Dec 2020 | 209.42 | | | 1,235.03 | 837.68 |
| Jan 2021 | 209.42 | | | 1,444.45 | 1,047.10 |
| Feb 2021 | 209.42 | | | 1,653.87 | 1,256.52 |
| Mar 2021 | 209.42 | | | 1,863.29 | 1,465.94 |
| Apr 2021 | 209.42 | | | 2,072.71 | 1,675.36 |
| May 2021 | 209.42 | | | 2,282.13 | 1,884.78 |
| Jun 2021 | 209.42 | 1,256.50 | County Tax | 1,235.05 | 837.70 |
| Jul 2021 | 209.42 | | | 1,444.47 | 1,047.12 |
| Aug 2021 | 209.42 | | | 1,653.89 | 1,256.54 |
| | $2,513.04 | $2,513.00 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your escrow balance contains a cushion of $209.42.  A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs.  Under Federal law, your lowest monthly balance should not exceed $418.83 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is $1,653.85.  Your starting balance (escrow balance required) according to this analysis should be $1,256.50.  This means you have a surplus of $397.35. **(The amount of surplus only exists if the loan is current, the analysis gives a projected overage as if all past due payments are made the month the analysis is processed).**

This surplus must be returned to you unless it is less than $50.00, in which case we have the additional option of keeping it and lowering your monthly payments accordingly. As the loan is delinquent, we will not be sending a check for the surplus.

We anticipate the total of your coming year bills to be $2,513.00.  We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| New Escrow Payment Calculation | |
|---|---:|
| Unadjusted Escrow Payment | 209.42 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 0.00 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $209.42 |

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated.  Enclosed is the EFT form that needs to be completed. Once completed, please fax to the number listed on the EFT form or return in the self-addressed envelope.**