**Fill in this information to identify the case:**

Debtor 1  Suzanne Chapman

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Northern District of Illinois

Case number  19-33092

Official Form 410S1

# Notice of Mortgage Payment Change     12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

Name of creditor: U.S. Bank Trust National Association, as Trustee of Dwelling Series IV Trust

Court claim no. (if known): 3-1

Last 4 digits of any number you use to identify the debtor's account: 5 4 9 8

Date of payment change:
Must be at least 21 days after date of this notice     09/01/2022

New total payment:     $ 1,172.33
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 230.65     New escrow payment: $ 228.37

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %     New interest rate: _____ %

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____     New mortgage payment: $ _____

Official Form 410S1                Notice of Mortgage Payment Change                page 1

Debtor 1  **Suzanne Chapman**
　　　　　First Name　　Middle Name　　Last Name

Case number (*if known*) 19-33092

| **Part 4:** | **Sign Here** |
|---|---|

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Molly Slutsky Simons
Signature

Date 08/01/2022

Print: **Molly Slutsky Simons**
　　　First Name　　Middle Name　　Last Name

Title  Attorney for Creditor

Company  Sottile & Barile, Attorneys at Law

Address  394 Wards Corner Road, Suite 180
　　　　　Number　　　　Street

Loveland　　　　　　　　　OH　　45140
City　　　　　　　　　　　State　　ZIP Code

Contact phone  513-444-4100

Email  bankruptcy@sottileandbarile.com

**SN SERVICING CORPORATION**
323 FIFTH STREET
EUREKA CA  95501

(800) 603-0836
Para Español, Ext. 2660, 2643 o 2772
8:00 a.m. - 5:00 p.m. Pacific Time
Main Office NMLS #5985
Branch Office NMLS #9785

SUZANNE CHAPMAN
540 SHORELY DR APT 103
BARRINGTON IL  60010

Analysis Date: July 12, 2022                                                                                                                                                   Final
Property Address: 540 SHORELY DRIVE APT 103  BARRINGTON, IL 60010                                                      Loan:

## Annual Escrow Account Disclosure Statement
### Account History

This is a statement of actual activity in your escrow account from Sept 2021 to Aug 2022. Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Sep 01, 2022: |
|---|---|---|
| Principal & Interest Pmt: | 943.96 | 943.96 ** |
| Escrow Payment: | 230.65 | 228.37 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $1,174.61 | $1,172.33 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Jun 01, 2022 |
| Escrow Balance: | 464.29 |
| Anticipated Pmts to Escrow: | 691.95 |
| Anticipated Pmts from Escrow (-): | 0.00 |
| Anticipated Escrow Balance: | $1,156.24 |

** The terms of your loan may result in changes to the monthly principal and interest payments during the year.

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  | Starting Balance | 1,256.50 | (883.07) |
| Sep 2021 | 214.14 | 209.42 | 1,256.50 |  | * County Tax | 214.14 | (673.65) |
| Oct 2021 | 214.14 |  |  |  | * | 428.28 | (673.65) |
| Nov 2021 | 214.14 | 418.81 |  |  | * | 642.42 | (254.84) |
| Dec 2021 | 214.14 |  |  |  | * | 856.56 | (254.84) |
| Jan 2022 | 214.14 | 683.98 |  |  | * | 1,070.70 | 429.14 |
| Jan 2022 |  | 0.03 |  |  | * Escrow Only Payment | 1,070.70 | 429.17 |
| Feb 2022 | 214.14 |  |  |  | * | 1,284.84 | 429.17 |
| Mar 2022 | 214.14 | 461.30 |  |  | * | 1,498.98 | 890.47 |
| Apr 2022 | 214.14 | 230.65 |  |  | * | 1,713.12 | 1,121.12 |
| May 2022 | 214.14 | 230.65 |  |  | * | 1,927.26 | 1,351.77 |
| May 2022 |  |  |  | 1,348.78 | * County Tax | 1,927.26 | 2.99 |
| Jun 2022 | 214.14 | 461.30 | 1,313.19 |  | * County Tax | 828.21 | 464.29 |
| Jul 2022 | 214.14 |  |  |  | * | 1,042.35 | 464.29 |
| Aug 2022 | 214.14 |  |  |  | * | 1,256.49 | 464.29 |
|  |  |  |  |  | Anticipated Transactions | 1,256.49 | 464.29 |
| Jul 2022 |  | 461.30 |  |  |  |  | 925.59 |
| Aug 2022 |  | 230.65 |  |  |  |  | 1,156.24 |
|  | $2,569.68 | $3,388.09 | $2,569.69 | $1,348.78 |  |  |  |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount. If you want a further explanation, please call our toll-free number.

Page 1

Last year, we anticipated that payments from your account would be made during this period equaling 2,369.69. Under Federal law, your lowest monthly balance should not have exceeded 428.28 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Analysis Date: July 12, 2022
Borrower: SUZANNE CHAPMAN
Case 19-33092    Doc    Filed 08/01/22    Entered 08/01/22 07:01:25    Desc Main
Document    Page 5 of 7
Final
Loan:

## Annual Escrow Account Disclosure Statement
## Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments To Escrow | From Escrow | Description | Escrow Balance Anticipated | Required |
|---|---|---|---|---|---|
| | | | Starting Balance | 1,156.24 | 1,313.19 |
| Sep 2022 | 221.83 | 1,313.19 | County Tax | 64.88 | 221.83 |
| Oct 2022 | 221.83 | | | 286.71 | 443.66 |
| Nov 2022 | 221.83 | | | 508.54 | 665.49 |
| Dec 2022 | 221.83 | | | 730.37 | 887.32 |
| Jan 2023 | 221.83 | | | 952.20 | 1,109.15 |
| Feb 2023 | 221.83 | | | 1,174.03 | 1,330.98 |
| Mar 2023 | 221.83 | | | 1,395.86 | 1,552.81 |
| Apr 2023 | 221.83 | | | 1,617.69 | 1,774.64 |
| May 2023 | 221.83 | | | 1,839.52 | 1,996.47 |
| Jun 2023 | 221.83 | 1,348.78 | County Tax | 712.57 | 869.52 |
| Jul 2023 | 221.83 | | | 934.40 | 1,091.35 |
| Aug 2023 | 221.83 | | | 1,156.23 | 1,313.18 |
| | $2,661.96 | $2,661.97 | | | |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your escrow balance contains a cushion of 221.83. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed 443.66 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is 1,156.24. Your starting balance (escrow balance required) according to this analysis should be $1,313.19. This means you have a shortage of 156.95. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to collect it over 24 months.

We anticipate the total of your coming year bills to be 2,661.97. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

Analysis Date: July 12, 2022
Borrower: SUZANNE CHAPMAN

Case 19-33092    Doc    Filed 08/01/22    Entered 08/01/22 07:01:25    Desc Main
                       Document           Page 6 of 7

Final
Loan:

| **New Escrow Payment Calculation** | |
|---|---:|
| Unadjusted Escrow Payment | 221.83 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 6.54 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $228.37 |

**Paying the shortage**: If your shortage is paid in full, your new monthly payment will be $1,165.79 (calculated by subtracting the Shortage Amount to the left and rounding, if applicable). Paying the shortage does not guarantee that your payment will remain the same, as your tax or insurance bills may have changed. If you would like to pay the shortage now, please pay the entire amount of the shortage before the effective date of your new payment. To ensure that the funds are posted to your account correctly, please notify your asset manager that you are paying the shortage.

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated. Enclosed is the EFT form that needs to be completed. Once completed, please fax to the number listed on the EFT form or return in the self-addressed envelope.**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In Re: | Case No. 19-33092 |
| Suzanne Chapman | Chapter 13 |
| Debtor. | Hon. Judge A. Benjamin Goldgar |

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice of Mortgage Payment Change upon the above-named parties by electronic filing or, as noted below, by placing same in a properly addressed and sealed envelope, postage prepaid, and depositing it in the United States Mail at 394 Wards Corner Rd., Suite 180, Loveland, OH 45140 on August 1, 2022, before the hour of 5:00 p.m.

Michael Fabinski, Debtor's Counsel
fabinski@msflaw.org

Glenn B. Stearns, Chapter 13 Trustee
stearns_g@lisle13.com

Patrick S Layng, U.S. Trustee
ustpregion11.es.ecf@usdoj.gov

Suzanne Chapman, Debtor
540 Shorely Dr., Apt. 103
Barrington, IL 60010

| | |
|---|---|
| Dated: August 1, 2022 | Respectfully Submitted, |
| | /s/ Molly Slutsky Simons |
| | Molly Slutsky Simons (OH 0083702) |
| | Sottile & Barile, Attorneys at Law |
| | 394 Wards Corner Road, Suite 180 |
| | Loveland, OH 45140 |
| | Phone: 513.444.4100 |
| | Email: bankruptcy@sottileandbarile.com |
| | Attorney for Creditor |